On appeal from the Supreme Court, whose *per curiam* is printed in 3 *N. J. Mis. R.* 1132.

For the appellant, *Kalisch & Kalisch.*

For the respondent, *Frank G. Turner.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance* — TRENCHARD, KALISCH, KATZENBACH, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ. 10.

*For reversal*—None.

---

CATHERINE SMITH, RESPONDENT, v. PUBLIC SERVICE
RAILWAY COMPANY, APPELLANT.

Argued February 3, 1926—Decided April 1, 1926.

On appeal from the Supreme Court, whose *per curiam* is printed in 3 *N. J. Mis. R.* 993.

For the respondent, *Henry P. Bedford.*

For the appellant, *Leonard J. Tynan.*

102 *N. J. L.* State v. Druin.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance* — TRENCHARD, KALISCH, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ. 9.

*For reversal* — None.